# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY J. REED,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:14-cv-00027-JAD-CWH

**ORDER**

Petitioner has submitted a motion for reconsideration of appointment of counsel (Doc. 8). Nothing in the motion would cause the court to depart from its denial of petitioner's motion for appointment of counsel.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration of appointment of counsel (Doc. 8) is **DENIED**.

Dated: July 10, 2014.

_____
JENNIFER A. DORSEY
United States District Judge