# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY J. REED,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:14-cv-00027-JAD-CWH

**ORDER**

    Respondents have submitted a motion for enlargement (first request) (#11), and petitioner has submitted a motion for extension of time to file a reply (#17). The court grants both motions.

    IT IS THEREFORE ORDERED that respondents' motion for enlargement (first request) (#11) is **GRANTED**.

    IT IS FURTHER ORDERED that petitioner's motion for extension of time to file a reply (#17) is **GRANTED**. Petitioner shall have through November 24, 2014, to file and serve a reply to the answer (#12).

    DATED: October 6, 2014.

                                            JENNIFER A. DORSEY
                                            United States District Judge