UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Reed,<br><br>    Plaintiff<br><br>v.<br><br>Brian Williams, Sr., *et al.*,<br><br>    Defendants | 2:14-cv-00027-JAD-CWH<br><br>**Order Granting Application to Appeal**<br>*in Forma Pauperis*<br><br>[ECF 27] |

*Pro se* inmate Anthony Reed brought a habeas-corpus action challenging his four Nevada state-court convictions for robbery and related charges following a jury trial.[1] In a November 23, 2015, order, I denied Reed's petition,[2] and the Clerk of Court entered judgment accordingly.[3] I granted Reed a certificate of appealability for one issue: Reed's claim that his counsel was ineffective for failing to properly challenge juror misconduct.[4]

On December 18, 2015, Reed, filed a notice of appeal[5] and a motion for court-appointed counsel;[6] I denied Reed's request for court-appointed counsel.[7]

Reed now moves to proceed *in forma pauperis* on appeal.[8] Reed's application and supporting materials indicate that he is unable to pay the filing fee for his appeal.

---

[1] ECF 7.

[2] ECF 21.

[3] ECF 22.

[4] ECF 21.

[5] ECF 23.

[6] ECF 24.

[7] ECF 25.

[8] ECF 27.

Accordingly, IT IS HEREBY ORDERED that petitioner's Application to Appeal *in Forma Pauperis* **[ECF 27]** is **GRANTED.**

Dated this 12th day of January, 2016.

_____
Jennifer A. Dorsey
United States District Judge